**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
CONSUELO JORDAN,                          )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )        Civil Action No. 11-2297 (JDB)
                                          )
PAUL QUANDER, *et al.*,                   )
                                          )
                    Defendants.           )
_____ )


## MEMORANDUM OPINION


Plaintiff initially filed this action in the United States District Court for the Eastern District of Virginia, and the case was transferred here on December 29, 2011. Defendants move to dismiss the complaint "in its entirety because the claims brought against them were raised and currently are pending before this Court in *Jordan v. Quander*, Civil Action No. 11-1486 (D.D.C.) (JDB)." Mem. of P. & A. in Supp. of Defs.' Mot. to Dismiss at 1.

Generally, a plaintiff has "no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Adams v. California Dep't of Health Servs.,* 487 F.3d 684, 688 (9th Cir. 2007) (citing *Walton v. Eaton Corp.*, 563 F.2d 66, 70-71 (3d Cir. 1977)); *cf. Washington Metro. Area Transit Auth. v. Ragonese*, 617 F.2d 828, 830 (D.C. Cir. 1980) (noting rule in this Circuit that, "[w]here two cases between the same parties on the same cause of action are commenced in two different Federal courts, the one which is commenced first is to be allowed to proceed to its conclusion first") (citation omitted). It is apparent that in this case plaintiff raises the same claims against

1

the same defendants seeking the same relief as in her prior civil action. To maintain a separate civil action is a waste of judicial resources.

On consideration of defendants' motion and plaintiff's opposition, the Court will grant the motion and dismiss this case. An Order is issued separately.

/s/
JOHN D. BATES
United States District Judge
DATE: August 9, 2012